AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☑ INDICTMENT ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

---

**OFFENSE CHARGED**

VIOLATION: 8 U.S.C. § 1326 -- Illegal Reentry Following Deportation

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

**PENALTY:**
Imprisonment 20 years; Fine $250,000; Supervised release 3 years; Special Assessment $100

---

**DEFENDANT - U.S.**

▶ AMAURI MOLINA-MARTINEZ

**DISTRICT COURT NUMBER**

CR07-00616

[FILED stamp: SEP 27 2007, RICHARD W. WIEKING, CLERK, U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, OAKLAND] MJJ

---

**PROCEEDING**

Name of Complaintant Agency, or Person (&Title, if any)
ICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

} SHOW DOCKET NO.
} MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM  **SCOTT N. SCHOOLS**
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)  BRYAN R. WHITTAKER AUSA

---

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☑ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☑ Fed'l  ☐ State

If answer to (6) is "Yes", show name of Institution
Santa Clara County Jail

Has detainer been filed?  ☐ Yes  ☐ No   If "Yes" give date filed

**DATE OF ARREST** ▶ Month/Day/Year
Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments:

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**
**CRIMINAL DIVISION**
VENUE: **OAKLAND**

---

UNITED STATES OF AMERICA,

V.

AMAURI MOLINA-MARTINEZ,

CR07-0 616

DEFENDANT.

---

# INDICTMENT

VIOLATION: 8 U.S.C. § 1326 -- Illegal Reentry
Following Deportation

---

A true bill.

_____
Foreman

Filed in open court this 27th day of
September, 2007

_____
Clerk

Bail, $ No process.

9-27-07

SCOTT N. SCHOOLS (SC 9990)
United States Attorney

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> AMAURI MOLINA-MARTINEZ, <br> Defendant. | Criminal No. CR 07 <br><br> VIOLATION: 8 U.S.C. § 1326 -- Illegal Reentry Following Deportation <br><br> OAKLAND VENUE |

INDICTMENT

The Grand Jury charges:

On or about September 17, 2007, in the Northern District of California, the defendant,

AMAURI MOLINA-MARTINEZ,

an alien, after having been removed, excluded, and deported from the United States and thereafter knowingly and voluntarily reentering and remaining in the United States, was found in the United States without having obtained the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission into the United

////

MOLINA-MARTINEZ INDICTMENT

1  States, in violation of Title 8, United States Code, Section 1326.

3  DATED:                          A TRUE BILL.

4  September 27, 2007

5                                  _____
                                   FOREPERSON

7  SCOTT N. SCHOOLS
   United States Attorney

10 _____
   W. DOUGLAS SPRAGUE
11 Chief, Oakland Branch

13 (Approved as to form: Bryan R. Whittaker  )
                        SAUSA WHITTAKER

MOLINA-MARTINEZ INDICTMENT          2