| MAGISTRATE JUDGE MINUTE ORDER | DEPUTY CLERK<br>Sarah Weinstein for Ivy Garcia | REPORTER/TAPE NO.<br>FTR 9/28/2007 9:25 - 9:30 a.m. | |
|---|---|---|---|
| MAGISTRATE JUDGE<br>WAYNE D. BRAZIL | DATE<br>September 28, 2007 | ☒ NEW CASE | CASE NUMBER<br>CR 07-00616 MJJ |

### APPEARANCES

| DEFENDANT<br>AMAURI MOLINA-MARTINEZ | AGE | CUST<br>Y | P/NP<br>P | ATTORNEY FOR DEFENDANT<br>JOYCE LEVITT | ☒ PD.<br>☐ APPT.<br>☐ RET. |
|---|---|---|---|---|---|
| U.S. ATTORNEY<br>BRYAN R. WHITTAKER | | INTERPRETER<br>Ines S. Swaney | | | FIN. AFFIDAVIT SUBMITTED ☐<br>DEFENDANT ELIGIBLE FOR APPOINTED COUNSEL ☐<br>COUNSEL APPOINTED ☐ |
| PROBATION OFFICER | | PRETRIAL SERVICES OFFICER<br>TAIFA GASKINS | | | PARTIAL PAYMENT OF CJA ☐ |

FILED
SEP 28 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

### PROCEEDINGS SCHEDULED TO OCCUR

| ☒ INITIAL APPEARANCE | ☐ PRELIMINARY HEARING | ☐ MOTION | ☐ JUDGMENT & SENTENCING | ☐ STATUS |
|---|---|---|---|---|
| ☐ I.D. COUNSEL | ☐ OR ARRAIGNMENT | ☐ BOND POSTING/ SIGNING | ☐ IA ON PETITION TO REVOKE PROB. | ☐ TRIAL |
| ☐ DETENTION HEARING | ☐ REMOVAL HEARING | ☐ CHANGE OF PLEA | ☐ PROB. REVOC. OR SUPV. REL. HRG. | ☐ OTHER |

### INITIAL APPEARANCE

| ☒ ADVISED OF RIGHTS | ☒ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: |
|---|---|---|---|

### ARRAIGNMENT

| ☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE STATED | ☐ WAIVER OF INDICTMENT FILED |
|---|---|---|---|

### RELEASE

| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | ➡ AMOUNT OF SECURITY | AMOUNT RECEIVED $ | ☐ PASSPORT SURRENDERED DATE: |
|---|---|---|---|---|

PROPERTY POSTED/TO BE POSTED                                 REAL PROPERTY:
☐ CASH $                    ☐ CORPORATE SECURITY        ☐

| ☒ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT ORDERED | ☐ DETAINED | ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☒ REMANDED TO CUSTODY |
|---|---|---|---|---|---|

ORDER REMOVED TO THE DISTRICT OF                              OTHER:

### PLEA

| ☐ CONSENT ENTERED | ☐ NOT GUILTY | ☐ GUILTY | ☐ GUILTY TO COUNTS: |
|---|---|---|---|
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | ☐ OTHER: |

### CONTINUANCE

| TO: 10/2/2007 | ☒ I.D. COUNSEL | ☐ BOND POSTING/ SIGNING | ☐ STATUS RE: CONSENT | ☐ JURY TRIAL |
|---|---|---|---|---|
| AT: 10:00 a.m. | ☐ FINAN. AFFIDAVIT SUBMITTED | ☐ PRELIMINARY HEARING OR ARRAIGNMENT | ☐ PLEA | ☐ BOND HEARING |
| BEFORE HON.<br>Wayne D. Brazil | ☐ DETENTION HEARING | | ☐ TO HEAR MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | | ☐ IDENTITY/REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROBATION REV. HEARING |
| ☒ TIME EXCLUDABLE UNDER 18 § USC 3161 | | ☐ TRIAL SETTING | ☐ COURT TRIAL | ☒ STATUS |

### ADDITIONAL PROCEEDINGS

The Court advised Defendant of his rights, and of the charges pending against him and the possible penalties. The Court appointed the public defender to represent Defendant until Defendant fills out a financial affidavit and counsel officially is identified. The United States informed the Court that there is an ICE hold on Defendant. Defendant's next appearance is on Tuesday, October 2, 2007, at 10:00 a.m. before this Court for identification of counsel, further status, and further discussion of whether Defendant would like a bail hearing.

cc: WDB, Stats, PTS

**Department of Homeland Security**
Immigration and Customs Enforcement

# Immigration Detainer - Notice of Action

| File No. |
|---|
| A77 168 407 |
| Date: September 25, 2007 |

| TO: (Name and title of institution) | FROM: (INS office address) |
|---|---|
| U.S. Marshals Service<br>Oakland, CA<br><br>Or any subsequent law enforcement agency | U.S. Department of Homeland Security<br>Immigration and Customs Enforcement<br>630 Sansome Street, 5th Floor<br>San Francisco, CA 94111 |

Name of alien: __MOLINA-Martinez, Amauri__

Date of birth: __10/25/1979__    Nationality: __Mexico__    Sex: __Male__

**You are advised that the action noted below has been taken by the Immigration and Customs Enforcement concerning the above-named inmate of your institution:**

☒ Investigation has been initiated to determine whether this person is subject to removal from the United States.

☐ A Notice to Appear or other charging document initiating removal proceedings, a copy of which is attached, was served on _____ (Date)

☐ A warrant of arrest in removal proceedings, a copy of which is attached, was served on _____ (Date)

☐ Deportation or removal from the United States has been ordered.

**It is requested that you:**

Please accept this notice as a detainer. This is for notification purposes only and does not limit your discretion in any decision affecting the offender's classification, work and quarters assignments, or other treatment which he or she would otherwise receive.

☒ Federal regulations (8 CFR 287.7) require that you detain the alien for a period not to exceed 48 hours (excluding Saturdays, Sundays and Federal holidays) to provide adequate time for INS to assume custody of the alien. You may notify INS by calling __415__ __844-5512__ during business hours or __415__ __844-5549__ after hours in an emergency.

☒ Please complete and sign the bottom block of the duplicate of this form and return it to this office. ☒ A self-addressed stamped envelope is enclosed for your convenience. ☒ Please return a signed copy via facsimile to __415__ __844-5562__.
(Area code and facsimile number)

Return fax to the attention of __Polly Kaiser__ at __415__ __844-5536__.
(Name of INS officer handling case) (Area code and phone number)

☒ Notify this office of the time of release at least 30 days prior to release or as far in advance as possible.
☒ Notify this office in the event of the inmate's death or transfer to another institution.
☐ Please cancel the detainer previously placed by this Service on _____.

_____Polly Kaiser #3149_____    _____Deportation Officer_____
(Signature of INS official)    (Title of INS official)

Receipt acknowledged:

Date of latest conviction: _____    Latest conviction charge: _____
Estimated release date: _____

Signature and title of official: _____

Form I-247 (Rev. 4-1-97)N