UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
<u>Criminal Pretrial Minute Order</u>
**JUDGE MARTIN J. JENKINS**
**Date: 10/26/07**

**Clerk:** Frances Stone for Monica Narcisse
**Court Reporter: MARGO GURULE**

**Plaintiff:** United States

**v.**                                                                                       **No.** CR-07-00616-MJJ

**Defendant:** Amauri Molina Martinez [present; in custody; spanish interpreter]

**Appearances for AUSA:** Bryan Whittaker

**Appearances for Defendant:** Joyce Leavitt

**Interpreter:** <u>Haydee Claus- Spanish</u>

**Probation Officer:**

**Reason for Hearing:**            **Ruling:**

Status/Trial setting                     - STATUS- HELD

**Notes:**


**Case Continued to: Thursday, 11/15/07 at 2:00pm for Stat or Change of Plea (SF- Ctrm #11)**

**Case Continued to:**       for
**Case Continued to:**       for
**Motions to be filed by:**       **Opposition Due:**


**Case Continued to**                           **for Pretrial Conference**

**Case Continued to**       for             Trial


**Excludable Delay: Category: Begins:  10/26/07     Ends:** 11/15/07