| | |
|---|---|
| **UNITED STATES DISTRICT COURT** | **THE HONORABLE MARTIN J. JENKINS** |
| **NORTHERN DISTRICT OF CALIFORNIA** | Courtroom Clerk: **Barbara Espinoza** |

**CRIMINAL PRETRIAL MINUTES**

Date: **November 15, 2007**

Reporter**: Sylvia Russo**

**Case No:** CR-07-0616 MMJ        **DEFT:** AMAURI MOLINA MARTINEZ
                                                                        (X)Present

AUSA: Bryan Whittaker            DEF ATTY: Joyce Leavitt
Spanish Interpreter:  Melinda Basker

**REASON FOR HEARING**   Status

**RESULT**  Matter set for a change of plea.  Plea agreement lodged with the Court

Motions (if any) to be filed_____
Motions to be noticed to be heard no later than _____ otherwise, they will be deemed to be waived.

**Case Continued to** December 7, 2007 @ 2:30 p.m. Courtroom 4 (Oakland
                **for** Change of Plea

**JUDGMENT**

Notes:   Defendant remanded to custody