UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

### CRIMINAL MINUTES

**FILED**
**DEC 7 2007**
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**Judge:   MARTIN J. JENKINS**

**Date**: December 07, 2007

**Case No:** CR 07-00616 MJJ

**Case Title**: UNITED STATES v.  AMAURI MOLINA MARTINEZ (present, I/C)

**Appearances:**

For the Government: Maureen Bessette

For Defendant(s): Joyce Leavitt

**Interpreter:**  Ines Swaney

**Probation Officer:**

**Deputy Clerk**: Rowena B. Espinosa

**Court Reporter**: Diane Skillman

### PROCEEDINGS

1.  Change of Plea - held

### SUMMARY

- The Court accepts the guilty plea entered by the defendant as to Count One.
- The matter is continued to **Friday, 02/29/08 at 2:30 PM (Oak) for Sentencing.**