| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CASBN 44332)<br>United States Attorney |
| 2 | |
| 3 | BRIAN J. STRETCH (CASBN 163973)<br>Chief, Criminal Division |
| 4 | DANIEL KALEBA (CASBN 223789)<br>Assistant United States Attorney |
| 5 | |
| 6 | 1301 Clay Street; Suite 340-S<br>Oakland, California 94612<br>Phone: 510/637-3680 |
| 7 | Fax: 510/637-3724<br>E-mail: daniel.kaleba@usdoj.gov |
| 8 | |
| 9 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 07-00616 MJJ |
| Plaintiff, | ) | |
| | ) | NOTICE OF SUBSTITUTION OF ATTORNEY |
| v. | ) | |
| AMAURI MOLINA MARTINEZ, | ) | |
| Defendant. | ) | |

Please take notice that as of February 15, 2008, the Assistant United States Attorney whose name, address, telephone number and e-mail address listed below is assigned to be counsel for the government.

DANIEL KALEBA
Assistant United States Attorney
1301 Clay Street; Suite 340S
Oakland, California 94612
Phone: 510/637-3680
Fax: 510/637-3724
E-mail: daniel.kaleba@usdoj.gov

DATED: February 27, 2008          Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

_____/s/_____
DANIEL KALEBA
Assistant United States Attorney

SUBSTITUTION OF ATTORNEY