

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

| | |
|---|---|
| **THE HONORABLE MARTIN J. JENKINS** | Courtroom Clerk: **Monica Narcisse** |
| Date: **February 29, 2008 [2:15 - 2:24 pm]** | Court Reporter: **Starr Wilson** |

Case No:     **CR07-00616-1 MJJ**

DEFENDANT:     **AMAURI MOLINA-MARTINEZ**     (x) Present     () Not Present     (x) In Custody

AUSA:     **Daniel Kaleba**          DEF ATTY:     **Joyce Leavitt**

Interpreter:     **Monique Inciarte**          Probation Officer:     **Sara Black**

TYPE FOR HEARING:     **Sentencing**

ORDER AFTER HEARING(S):
- 

CASE CONTINUED TO:          for

BASIS TO EXCLUDE TIME GRANTED FOR:          Thru

JUDGMENT:     Court finds Offense Level 9, Criminal History V, leading to a Guideline Range of 18-24 months. The Court follows the PSR and sentences the defendant on count 1 of the indictment to **18 months custody of the BOP to be followed by 3 years supervised release** under the usual terms and conditions and the special conditions as set forth in the PSR. Court recommends that Defendant be placed at a FCI facility in (1st) Northern California or (2nd) Southern California and that defendant participate in the BOP Residential Drug Treatment Program. No fine imposed. Defendant to pay $25 special assessment which shall be paid immediately or at the rate of not less than $25 per quarter through the BOP Inmate Financial Responsibility Program while in custody. Defendant advised of his right to appeal. Defendant remanded to the custody of the U.S. Marshal. See J&C for details.

Notes:     Please note: **Initial arrest date is 9/15/2007.**