GEOFFREY A. HANSEN
Acting Federal Public Defender
JOYCE LEAVITT
Assistant Federal Public Defender
555 12th Street, Suite 650
Oakland, CA 94607-3627
(510) 637-3500

Counsel for Defendant MOLINA-MARTINEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AMAURI MOLINA-MARTINEZ,<br><br>Defendant. | No.   CR 07-00616 SBA<br><br>STIPULATION AND ORDER CONTINUING ADMISSION ON SUPERVISED RELEASE HEARING DATE |

**STIPULATION**

IT IS HEREBY STIPULATED, by and between the parties to this action, that the admission and disposition on the supervised release hearing in this case with respect to Amauri Molina-Martinez, currently scheduled for Friday, February 3, 2012 at 10:00 a.m., before Honorable Saundra Brown Armstrong, may be continued to Thursday, February 23, 2012, at 10:00 a.m. for admission and disposition so that it can be held at the same time as the change of plea and sentencing in related case CR 11-00806 SBA.  It is anticipated that the two matters would be heard and resolved together.

*U.S. v. Molina-Martinez,* CR 07-00616 SBA;
Stip. Continuing Admission on Supv. Release
Hearing Date                                                                - 1 -

DATED: 2/01/12                      \_\_\_\_\_/s/_____
JOYCE LEAVITT
Assistant Federal Public Defender

DATED: 2/01/12                      _____/s/_____
JENNIFER GASPAR
Special Assistant United States Attorney

I hereby attest that I have on file all holographed signatures for any signatures indicated by a conformed signature (/s/) within this e-filed document.

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the admission and disposition in this case with respect to Amauri Molina-Martinez, currently scheduled for Friday, February 3, 2012 at 10:00 a.m., before Honorable Saundra Brown Armstrong, is hereby continued to Thursday, February 23, 2012, at 10:00 a.m. for admission and disposition.

SO ORDERED.

DATED: 2/3/12

                                  *Saundra B Armstrong*
HON. SAUNDRA BROWN ARMSTRONG
United States District Judge